1  PATRICK MORIARTY, State Bar No. 213185
   pmoriarty@cmtrlaw.com
2  JOHN B. ROBINSON, State Bar No. 297065
   jrobinson@cmtrlaw.com
3  CASTILLO, MORIARTY, TRAN & ROBINSON
   75 Southgate Avenue
4  Daly City, CA  94015
   Telephone:      (415) 213-4098
5
   Attorneys for Defendants
6  CITY OF SAN LEANDRO and ISMAEL NAVARRO

7  Noah G. Blechman, State Bar No. 197167
   noah.blechman@mcnamaralaw.com
8  McNamara, Ambacher, Wheeler, Hirsig & Gray LLP
   3480 Buskirk Avenue, Suite 250
9  Pleasant Hill, CA 94523
   (925) 939-5330
10 Fax: (925) 939-0203

11 Attorneys for Defendant
   ANTHONY PANTOJA
12
   ADANTE D.  POINTER, ESQ., SBN 236229
13 PATRICK M. BUELNA, ESQ., SBN 317043
   TY CLARKE, ESQ., SBN 339198
14 POINTER & BUELNA, LLP
   LAWYERS FOR THE PEOPLE
15 155 Filbert St., Suite 208,
   Oakland, CA 94607
16 Tel: 510-929-5400
   Website: www.LawyersFTP.com
17 Email: APointer@LawyersFTP.com
   Email: PBuelna@LawyersFTP.com
18 Email: TClarke@LawyersFTP.com

19 Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SORRELL SHIFLETT, an individual;<br><br>Plaintiff,<br>v.<br><br>CITY OF SAN LEANDRO, a municipal corporation; and DOES 1-50, inclusive.<br><br>Defendants. | Case No. 3:21-cv-07802-LB<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER DISMISSING ENTIRE ACTION**<br>**WITH PREJUDICE**<br><br>Hon. Laurel Beeler |

///

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the terms of the settlement reached in this matter, and Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby stipulate that all claims and causes of action in this matter be dismissed with prejudice, with Plaintiffs and Defendants each bearing their own attorney's fees and costs.

Respectfully Submitted,

Dated: May 2, 2024          CASTILLO, MORIARTY,
                            TRAN & ROBINSON, LLP


                            By:  /s/ John Robinson
                                PATRICK MORIARTY
                                JOHN B. ROBINSON
                                Attorneys for Defendants
                                CITY OF SAN LEANDRO and ISMAEL
                                NAVARRO

Dated: May 2, 2024          McNamara, Ambacher, Wheeler, Hirsig & Gray LLP


                            By:  /s/ Noah Blechman
                                NOAH BLECHMAN
                                Attorneys for Defendant
                                ANTHONY PANTOJA

Dated: May 2, 2024          POINTER & BUELNA, LLP
                            LAWYERS FOR THE PEOPLE

                            /s/ Pat Buelna
                            PATRICK BUELNA
                            Attorney for Plaintiff
                            SORRELL SHIFLETT

## **ORDER**

DEFENDANTS CITY OF SAN LEANDRO, ISMAEL NAVARRO, AND ANTHONY PANTOJA ARE HEREBY DISMISSED WITH PREJUDICE, EACH PARTY TO BEAR THEIR OWN COSTS AND FEES. IT IS SO ORDERED.

DATE: May 3, 2024

_____
HONORABLE LAUREL BEELER
United States Magistrate Judge